IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCOTTSDALE INSURANCE COMPANY,            )
                                          )
                        Plaintiff,        )    **Civil Action No.: 12-CV-2632**
                                          )    **(PAE)**
        -against-                         )
                                          )    **NOTICE OF FILING OF**
INDIAN HARBOR INSURANCE CO.               )    **THE JOINT STIPULATION**
                                          )
                                          )
                                          )
                        Defendant.        )


        **PLEASE TAKE NOTICE**  of the Filing of Joint Stipulation of Undisputed Facts and

the exhibits annexed thereto.

Dated: New York, New York
        July 18, 2013
                                    Respectfully submitted,
                                    CARROLL McNULTY & KULL L.L.C.

                                    By:   s/Gary S. Kull
                                    _____
                                        Gary S. Kull (admitted *pro hac vice*)
                                        Joshua C. Weisberg (JW 5081)
                                    570 Lexington Avenue
                                    New York, NY 10022
                                    (212) 252-0004 (Telephone)

                                    *Attorneys for Plaintiff*