# EXHIBIT "26"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------X

LINZY DICKSON,                                                     Index No: 45046/07

                          Plaintiff,

    -against-                                              **THIRD-PARTY**
                                              **COMPLAINT**

MERKEL PROPERTIES, LLC,
MBR CONTRACTING, INC.,
and JFK CENTER ASSOCIATES, LLC,


                             Defendants.

------------------------------------------------------------------X

MERKEL PROPERTIES, LLC and JFK CENTER          T.P. Index No:
ASSOCIATES LLC,

                    Third-Party Plaintiff,

    -against-

COLE PARTNERS, INC. ,

                    Third-Party Defendant.

------------------------------------------------------------------X

       The third-party plaintiffs, MERKEL PROPERTIES, LLC and JFK CENTER ASSOCIATES, ("MERKEL" and JFK") by its attorneys, CASCONE & KLUEPFEL, LLP, for its third-party complaint, alleges the following upon information and belief:

       1.     That at all times mentioned herein, the third-party defendant, COLE PARTNERS, INC., ("COLE"), was and still is a domestic corporation, duly organized and existing under and by virtue of the laws of the State of New York.

       2.     That at all times hereinafter mentioned, third-party defendant, COLE is a foreign corporation authorized to do business within the State of New York.

       3.     That all times hereinafter mentioned, third-party defendant, COLE, is a general partnership authorized to do business in the State of New York.

       4.     That at all times hereinafter mentioned, third-party defendant, COLE is a limited partnership authorized to do business in the State of New York.

       5.     That at all times hereinafter mentioned, third-party defendant, COLE is a sole proprietorship authorized to do business in the State of New York.

IHAR00000097

6.    The plaintiff has served upon the defendants a complaint, a copy of which is annexed hereto, together with all other relevant pleadings. (**Ex. A**).

7.    Pursuant to the complaint, the plaintiff claims that he was caused to sustain severe injuries on November 14, 2007 while he was engaged in construction work at the premises located at 94-01 Sutphin Boulevard, Queens, New York, in the County, City and State of New York.   He claims the injuries sustained were caused and due to the joint, concurrent and several negligence of the defendants in failing to provide a safe place to work, in causing and/or permitting unsafe conditions to exist at the subject construction site.

## AS AND FOR A FIRST CAUSE OF ACTION

8.    Prior to November 14, 2007, the third-party defendant, COLE was contracted by JFK to perform certain work at the subject jobsite.

9.    That the contract contains provisions whereby COLE agreed and became contractually obligated to indemnify and save MERKEL and JFK harmless for and against all claims, liabilities, damages, lawsuits and expenses, including attorneys' fees and court costs, on account of injuries arising from or caused directly or indirectly by the work of the contractor of subcontractor.

10.    That if the plaintiff, LINZY DICKSON, sustained the damages alleged in the complaint, then said injuries and/or damages were sustained by reason of the carelessness, recklessness, negligence, culpability, breach of contract, statutory liability and/or acts or omissions by third-party defendant, COLE, its agents, servants, employees and/or subcontractors, and without any negligence or fault on the part of third-party plaintiffs, MERKEL and JFK, contributing thereto.

11.    That MERKEL and JFK has put forth costs and expenses in the defense of the action and in prosecution of the third-party action.

12.    That if any party obtains a judgment against the third-party plaintiffs, MERKEL and JFK, then the third-party defendant, COLE, will be obligated contractually to

indemnify MERKEL and JFK for the full amount of such judgment, along with the attorneys' fees and costs expended on behalf of MERKEL and JFK in the defense of this lawsuit.

## AS AND FOR A SECOND CAUSE OF ACTION

13.     Defendant/third-party plaintiffs, MERKEL and JFK repeats, reiterates and realleges each and every allegation set forth in the paragraphs designated as "1" through "12" of this Third-Party Complaint, with the same force and effect as if the same were more fully set forth herein.

14.     If plaintiff, LINZY DICKSON, sustained damages as alleged in the complaint, then said injuries and/or damages were sustained by reason of the carelessness, recklessness, negligence, culpability, breach of contract, statutory liability and/or acts or omissions and/or commissions by the third-party defendant, COLE, its agents, servants, employees and/or subcontractors, and without negligence and/or fault on the part of the defendant/third-party plaintiff, MERKEL and JFK contributing thereto.

15.     If any party obtains judgment against MERKEL and JFK, then COLE will be obligated under common law principles to indemnify MERKEL and JFK for the full amount of such judgment or to contribute to the payment of such judgment in proportion to be determined upon the trial of this action.

## AS AND FOR A THIRD CAUSE OF ACTION

16.     Defendant/third-party plaintiffs, MERKEL and JFK, repeats, reiterates and realleges each and every allegation set forth in the paragraphs designated as "1" through "15" of this with the same force and effect as if the same were more fully set forth herein.

17.     Pursuant to the contract between MERKEL, JFK and COLE, COLE was obligated to purchase insurance for the protection of MERKEL and JFK protecting and covering

IHAR00000099

MERKEL and JFK from and against all claims for bodily injury which arise out of COLE's work.

18.    Upon information and belief, COLE failed to purchase said insurance for the protection of MERKEL and JFK pursuant to COLE's obligations under the contract.

19.    As a result of COLE'S breach of contract in failing to procure the required insurance, MERKEL and JFK has been and will continue to be damaged as a result of the claims of the plaintiff herein and has been and will continue to be required to expend attorneys' fees for its own defense in the within action and may be subject to liability and/or a judgment in favor of the plaintiff, all of which costs and expenses would have been defrayed by the liability insurance which COLE was obligated to purchase for the benefit of MERKEL and JFK.

20.    That as a result of COLE'S breach of contract regarding the purchase of insurance, MERKEL and JFK are entitled to be reimbursed from COLE for the amount of any damages MERKEL and JFK are obligated to pay the plaintiff, including the amount of any judgment or settlement, as well as the attorneys' fees and costs associated with the defense of this action.

## AS AND FOR A FOURTH CAUSE OF ACTION

21.    Defendant/third-party plaintiffs, MERKEL and JFK, repeats, reiterates and realleges each and every allegation set forth in the paragraphs designated as "1" through "20" of this Cross Complaint, with the same force and effect as if the same were more fully set forth herein.

22.    If plaintiff, LINZY DICKSON, sustained damages as alleged in the complaint, then said injuries and/or damages were sustained by reason of the carelessness, recklessness, negligence, culpability and/or acts or omissions and/or commissions by the third-

party defendant, COLE, its agents, servants, employees and/or subcontractors, and without negligence and/or fault on the part of the defendant/third-party plaintiffs, MERKEL and JFK, contributing thereto.

23.    If plaintiff, LINZY DICKSON, obtains judgment against MERKEL and JFK, then COLE will be obligated under common law principles to indemnify MERKEL and JFK for the full amount of such judgment or to contribute to the payment of such judgment in proportion to be determined upon the trial of this action.

WHEREFORE, the defendant/third-party plaintiffs, MERKEL PROPERTIES, LLC and JFK CENTER ASSOCIATES., demand judgment over and against the third-party defendant, COLE PARTNERS, INC., for the amount of any verdict or judgment which may be recovered against the defendant/third-party plaintiffs, MERKEL PROPERTIES, LLC and JFK CENTER ASSOCIATES., by the plaintiff, together with the costs, attorneys' fees and all other expenses incurred by the defendant/third-party plaintiffs, MERKEL PROPERTIES, LLC and JFK CENTER ASSOCIATES., in defending this action.

Dated: Garden City, New York
August 11, 2008

By: _____

OLYMPIA RUBINO, ESQ.
CASCONE & KLUEPFEL, LLP
Attorneys for Defendants/
Third-Party Plaintiffs,
MERKEL and JFK
1399 Franklin Avenue-Suite 302
Garden City, New York 11530
(516) 747-1990
File No: 01410DCSC

IHAR00000101